EAST BROOKLYN SAVINGS AND LOAN ASSOCIATION, Respondent, v. SAMUEL B. WEINGRAD, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

WILLIAM ELLINGER, Respondent, v. MILTON KLEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

PASQUALE FAVOLE, Respondent, v. DOMENICO GALLO and Another, Appellants. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of ABRAHAM APPEL, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Extending from 157th Street to Laurelton Parkway, to Be Known as Cross Island Parkway, in the Borough of Queens, City of New York, etc. AXINN & SONS LUMBER CO., INC., Appellant; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

SOPHIA L. LESLIE and Another, Appellants, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JOHN LEVER, Suing on Behalf of Himself and All Other Stockholders of R. HOE & Co., INC., Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Respondents, and Others, Defendants.— Motion to modify decision denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ANN LUTSKY and Another, Respondents, v. SYLVIA LUTSKY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MODERN INDUSTRIAL BANK, Appellant, v. DUNCAN A. WOODMAN and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ADALINE E. ROE, Respondent, v. THE CITY OF MIDDLETOWN, ORANGE COUNTY, NEW YORK, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

VICTOR WOJDAG, as Administrator, etc., of TILLIE WOJDAG, etc., Deceased, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— Motion for reargument or for alternative relief denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.